UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

Star Tribune Holdings Corporation, et al.[1]

                     Debtors.

Chapter 11
Case No.: 09-10244 (RDD)
(Jointly Administered)

-----------------------------------------------------------x

## ORDER AUTHORIZING EMPLOYMENT OF CHANIN CAPITAL PARTNERS AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF STAR TRIBUNE HOLDINGS CORPORATION NUNC PRO TUNC TO FEBRUARY 2, 2009

Upon consideration of the Application ("Application") of the Official Committee of Unsecured Creditors of Star Tribune Holdings Corporation, *et al.* ("Committee") for entry of an Order Authorizing Employment of Chanin Capital Partners ("Chanin") as Financial Advisors to the Committee *Nunc Pro Tunc* to February 2, 2009, and upon the Engagement Letter dated as of February 2, 2009 (the "Engagement Letter") and the Declaration of Brian Cullen on behalf of Chanin (the "Chanin Declaration"); and the Court being satisfied based on the representations made in the Application and in the Chanin Declaration that Chanin represents no interest adverse to the Debtors' estates with respect to the matters upon which they are to be engaged, that they are disinterested persons as that term is defined under Section 101(14) of the Bankruptcy Code, as modified by section 1103(b) of the Bankruptcy Code, and that their employment is necessary and would be in the best interests of the Debtors' estates, and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

---

[1] The Debtors are Star Tribune Holdings Corporation and The Star Tribune Company. The employer tax identification numbers and addresses for each of the Debtors are set forth in the Debtors' chapter 11 petitions.

1. The Application is GRANTED.

2. In accordance with sections 1102, 1103, 328, and 504 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016, and 5002, the Committee is authorized to employ and retain Chanin as financial advisors *nunc pro tunc* to February 2, 2009, on the terms set forth in the Application, the Engagement Letter and the Chanin Declaration.

C. Chanin shall be entitled to allowance of compensation and reimbursement of expenses, upon the filing and approval of interim and final applications pursuant to the Federal Rules of Bankruptcy Procedure and such other orders as this Court may direct, except that Chanin shall only be required to keep time records detailing and describing its activities in 1/10 hour increments and Chanin shall not be required to report its time records on a "project category" basis.

D. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:_____, 2009

_____
Honorable Robert D. Drain
United States Bankruptcy Judge